NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


PATRICK MALONEY,                          )
                                          )
            Appellant,                    )
                                          )
v.                                        )        Case No.  2D17-3056
                                          )
STATE OF FLORIDA,                         )
                                          )
            Appellee.                     )
_____)

Opinion filed March 9, 2018.

Appeal from the Circuit Court for Charlotte
County; George C. Richards, Judge.

Paul D. Sullivan of Levine & Sullivan, P.A.,
Tampa, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Cornelius C. Demps,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.

            Affirmed.


SILBERMAN, CRENSHAW, and SLEET, JJ., Concur.